IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NORA RASMAN,

    Plaintiff,

vs.

STEVE STANCIL, individually and in his official capacity as Executive Director of the Georgia Building Authority; CAPTAIN LEWIS YOUNG, individually and in his official capacity as Chief of the Capitol Police;

    Defendants.

Civil Action No.: _____

**JURY TRIAL DEMANDED**

## **PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER / PRELIMINARY INJUNCTION**

Plaintiff Nora Rasman tried to enter the State Capitol Building this morning with a hand-held sign no bigger than a poster board, so that Plaintiff could quietly display this sign in the public areas of the State Capitol Building expressing opposition to Senate Bill 452. However, Defendants prohibited her from doing so, imposing what appears to be an *ad hoc* ban on persons who wish to silently display hand-held signs in the public areas of the State Capitol Building. Plaintiff had no

1

notice of such a ban, since no Georgia statute, regulation, or guideline expressly bans such activity.

As discussed in the accompanying Memorandum, such a ban is not narrowly tailored to achieve a significant government interest, especially since existing statutes and guidelines already adequately address the government's concerns.

Thus, Plaintiff respectfully urges this Court to grant their motion for a temporary restraining order or preliminary injunction enjoining Defendant from enforcing any ban on the quiet display of hand-held poster signs in the public areas of the State Capitol Building.

    Respectfully submitted,
    this 29th of March, 2018

    /s/ Sean J. Young_____

    Sean J. Young (Ga. Bar No. 790399)
    Aklima Khondoker (Ga. Bar No. 410345)
    AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF GEORGIA, INC.
    P.O. Box 77208
    Atlanta, GA 30357
    770-303-8111
    syoung@acluga.org
    akhondoker@acluga.org

    Attorneys for Plaintiffs